1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JUDY A. HUGHES,                        )
                                       )
              Plaintiff,               )
                                       )        C05-989C
       v.                              )        MINUTE ORDER
                                       )
                                       )
JO ANNE B. BARNHART,                   )
Commissioner of Social Security,       )
                                       )
              Defendant.               )

 

     This action has been reassigned to the Honorable John C. Coughenour, United States District Court Judge. All future documents filed in this case must bear the cause number C05-989C and bear the Judge's name in the upper right hand corner of the document.

     It appearing from the files and records herein that this is an appropriate proceeding to refer to a full-time United States Magistrate Judge for the purposes hereinafter set forth, pursuant to Local Rule MJR 4(A)(4) and as authorized by Matthews, Secretary of HEW vs Weber, 432, US 261 (1976), now therefore,

     Pursuant to the General Order entered by the Chief Judge on October 4, 2004, IT IS ORDERED that the above entitled action is hereby referred to the Honorable Monica J Benton, United States Magistrate Judge, who is directed and empowered to review the administrative record, and to submit proposed findings and conclusions, and recommended disposition. The procedure for review of those recommendations shall be in accordance with FRCP 72(b) and with Local Rule MJR 4(c).

     Dated this 10th day of June, 2005.
Bruce Rifkin, Clerk of Court

By s/ AGALELEI ELKINGTON
   Agalelei Elkington, Deputy Clerk